Case 2:25-cv-00226-JMB-MV   ECF No. 1, PageID.1   Filed 09/19/25   Page 1 of 5

FILED of MQT
September 19, 2025 2:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MLC  SCANNED BY: /s/

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
Western District of Michigan ▾

_____ Northern Division

2:25-cv-226
Jane M. Beckering
U.S. District Judge

| | |
|---|---|
| JAMES HARMON ADAMS James H. Adams ) | Case No. _____ |
| ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) ) ) ) ) | Jury Trial: *(check one)*   ✓ Yes   ☐ No |
| -v- ) | |
| Marquette Police Department ) Officer Jack Vogler ) ) | |
| *Defendant(s)* ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | JAMES HARMON ADAMS |
   | Street Address | 160 S State HWY 553 106 |
   | City and County | Marquette Marquette |
   | State and Zip Code | Michigan 49841 |
   | Telephone Number | (906) 458-2511 |
   | E-mail Address | ajharmonthe1st@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Marquette City Police Department |
| Job or Title *(if known)* | Municipal Policy, Statute and Code enforcement |
| Street Address | Marquette City Hall, 300 W. Baraga Ave |
| City and County | Marquette Marquette |
| State and Zip Code | Michigan 49855 |
| Telephone Number | (906) 228-0400 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jack Vogler |
| Job or Title *(if known)* | patrol |
| Street Address | Marquette City Hall, 300 W. Baraga Ave. |
| City and County | Marquette Marquette |
| State and Zip Code | Michigan 49855 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fourth and Fifth Amendments. unlawful arrest and seizure without due process. 18 US Code 242 Deprivation of Rights Under Color Of Law. 18 US Code 241, Conspiracy against Rights Under Color Of Law.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. $1,000.00, one thousand dollars a day that I am deprived of my automobile. 2. $10,000.00 for litigation. 3. $500.00, five hundred dollars for each time I perform in presenting myself in the Court houses connected to this controversy. and 4. $1,500,000.00, one million five hundred thousand for deprivation of rights under color of unconstitutional Law.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. MCL 500.3101(1) the requirement for security "automobile insurance" is unconstitutional by Michigan Supreme Court in Shavers V Attorney General 1978. 2. MCL 500.3102 is only applicable to non-residents of Michigan. 3. the Michigan Secretary of State branch staff do not register automobiles without security and registration is void under those provisions of MCL 500.3101(1). and 4. registration plate is expired and was originally registered to the automobile. 5, claims are under the 4th amendment of the bill of rights unlawful seizure, 6. the 14th amendment, deprivation of property without due process of law.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. A cease and desist on the issuing of citations MCL 500.3101(1).
2. A cease and desist on the issuing of citations MCL 500.3102.
3. A cease and desist on the issuing of citations MCL 257.215
4. A Cease and desist on the seizing of property without due process of Law!
5. All penalties and fee's listed in 3. Statement of Claim, currently at $1,591,500.00 and climbing at $1,000.00 a day for the duration of impoundment, as well as $500.00 per presentation in court.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/19/2025

Signature of Plaintiff _[signature]_

Printed Name of Plaintiff JAMES HARMON ADAMS - James H. Adams

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____