UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES HARMON ADAMS,

    Plaintiff,

v.

MARQUETTE CITY POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

Case No. 2:25-cv-226

HON. JANE M. BECKERING

**ORDER**

    This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 11) on December 16, 2025, recommending that the Court dismiss the complaint because it is frivolous and fails to state a claim upon which relief may be granted.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 11) is APPROVED and ADOPTED as the Opinion of the Court, and this matter is DISMISSED because it is frivolous and fails to state a claim upon which relief may be granted.

    **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

---

[1] Plaintiff is the only party that has appeared in the case at this time.

A Judgment will be entered consistent with this Order.

Dated: January 12, 2026            /s/ Jane M. Beckering
                                   JANE M. BECKERING
                                   United States District Judge